Doe, on the Demise of McCarty and Others *v.* McCleary.—On Appeal.

EJECTMENT. Judgment below for the defendant. The facts raising the legal question in the cause are as follow:

*Jones* and *Hamilton* were tenants in common of two lots in *Brookville*, but neither of them was in actual pos-

Nov. Term,
1850.

session. How they derived title does not appear. *Jones* made a deed covering the entire property to *Logan*, and *Logan* deeded the same to *McCleary*, in 1819. *McCleary* took possession of the entire property and improved it, never accounting to *Hamilton* or any representative of his for the use of any part thereof. In 1836, *Jones* and *Hamilton* deeded the lots to *McCarty*, the lessor of the plaintiff. The present suit was commenced, in 1849, against the heirs of *McCleary*. *McCleary* and his heirs had been in possession, claiming title to the entire property under the deed from *Logan*, for more than twenty years next preceding the commencement of this suit. The question of law upon these facts is, could the jury infer from them that *McCleary's* possession of the whole property was adverse ? for if so, the deed to *McCarty* was void and gave no title. They did so infer, and we think they were authorized to do so. The authorities seem to be conclusive. 2 Greenl. Ev. p. 259.—1 Greenl. Cruise, pp. 393, 394, and cases cited.

The judgment below is affirmed with costs.

*G. Holland*, for the appellant.

*J. A. Matson*, for the appellee.